FLETCHER B. BROWN LAW FIRM
FLETCHER B. BROWN (276390)
4400 Keller Ave., Ste. 381
Oakland, California 94605
Tel: (510) 986-0441
Fax: (510) 978-4717
Email: Fletcher@FletcherBrown.law
Email: miguel@fletcherbrown.law

Attorneys for Plaintiff
DAYNA BEVINS

WILSON TURNER KOSMO LLP
DOUGLAS R. CLIFFORD (231971)
CORALEE M. CARRELL (346336)
402 West Broadway, Suite 1600
San Diego, California  92101
Telephone:  (619) 236-9600
Facsimile:   (619) 236-9669
E-mail:  dclifford@wilsonturnerkosmo.com
E-mail:  ccarrell@wilsonturnerkosmo.com

Attorneys for Defendant
TARGET CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYNA BEVINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION, and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No.  5:25−cv−01721-KK (SPx)<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>District Judge:  Kenly Kiya Kato<br>Courtroom:  3<br><br>Magistrate Judge: Sheri Pym<br>Courtroom:  4, 3rd Floor<br><br>Complaint Filed:   May 19, 2025<br>Trial Set:  Not Set |

///

///

///

-1-　　Case No. 5:25-cv-01721

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff DAYNA BEVINS ("Plaintiff") and Defendant TARGET CORPORATION ("Defendant" and, with Plaintiff, "Parties") hereby stipulate under Federal Rules of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and Parties. The Parties have reached a settlement of this matter as to all claims and all parties. The Parties respectfully request that the Court dismiss this case in its entirety, and cancel all pending deadlines, as a result of the settlement.

Dated: September 23, 2025         **FLETCHER B. BROWN LAW FIRM**

By: /s/ *Fletcher B. Brown*
FLETCHER B. BROWN
Attorneys for Defendant
DAYNA BEVINS

Dated: October 13, 2025         **WILSON TURNER KOSMO LLP**

By: /s/ *Coralee M. Carrell*
DOUGLAS R. CLIFFORD
CORALEE M. CARRELL
Attorneys for Defendant
TARGET CORPORATION

**ATTESTATION**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Coralee M. Carrell*
CORALEE M. CARRELL