JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYNA BEVINS, an individual<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION, and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | Case No.  5:25−cv−01721-KK (SPx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>District Judge:　Kenly Kiya Kato<br>Courtroom:　　　3<br><br>Magistrate<br>　Judge:　　　　Sheri Pym<br>Courtroom:　　　4, 3rd Floor<br><br>Trial Set:　　　Not Set<br>Complaint<br>　Filed:　　　　May 19, 2025 |

Presently before the Court is the Parties' Joint Stipulation for Dismissal with Prejudice, requesting that the above-captioned Action be hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Having considered the Joint Stipulation and finding good cause, the Court **GRANTS** the Joint Stipulation and orders as follows:

///

///

///

---

-1-　　　Case No. 5:25-cv-01721

ORDER GRANTING
JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

1.      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the instant action before the United States District Court for the Central District of California, *Dayna Bevins v. Target Corporation*, Case No. 5:25-cv-01721-KK (SPx), is hereby dismissed with prejudice as to all claims and all parties.

**IT IS SO ORDERED.**

DATED: 10/14/2025          BY: _____
HONORABLE KENLY KIYA KATO
United States District Judge